# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **SURGE TRANSPORTATION, INC.** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. _____ |
| ) | |
| **DIRECT CONNECT LOGISTIX, INC.** ) | |
| ) | |
| **and** ) | |
| ) | |
| **MATTHEW R. MAY** ) | |
| ) | |
|    **Defendants.** ) | |

### NOTICE TO PARTIES OF REMOVAL OF ACTION TO THE
### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

TO:    Wayne G. Travell, Esq. (VSB No. 22400)
          Allison P. Klena, Esq. (VSB No. 96400)
          HIRSCHLER FLEISCHER, P.C.
          1676 International Drive, Suite 1350
          Tysons, Virginia 22102-4940
          Tel: (703) 584.8900
          Fax: (703) 584.8901
          wtravell@hirschlerlaw.com
          aklena@hirschlerlaw.com
          *Counsel for Plaintiff*

**PLEASE TAKE NOTICE** that on November 22, 2024, a Notice of Removal of the above-entitled action from the Circuit Court of Fairfax County, Virginia to the United States District Court for the Eastern District of Virginia, a copy of which Notice of Removal is served herewith, was filed in the United States District Court for the Eastern District of Virginia.

Dated: November 22, 2024                    Respectfully submitted,

 /s/ Micah E. Ticatch
Steven W. Ray, Va. Bar No. 32320
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
sray@islerdare.com
mticatch@islerdare.com

*Counsel for Defendants Direct Connect Logistix, Inc. and Matthew May*