# EXHIBIT 4

**VIRGINIA:**

**IN THE CIRCUIT COURT OF FAIRFAX COUNTY**

| | |
|---|---|
| **SURGE TRANSPORTATION, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CL-2023-0015318 |
| ) | |
| **DIRECT CONNECT LOGISTIX, INC.** ) | |
| ) | |
| and ) | |
| ) | |
| **MATTHEW R. MAY** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS NOTICE OF REMOVAL TO FEDERAL COURT

TO THE CLERK AND THE HONORABLE JUDGES OF FAIRFAX CIRCUIT COUNTY CIRCUIT COURT:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Direct Connect Logistix ("Direct Connect") and Matthew R. May have removed this action to the United States District Court for the Eastern District of Virginia, Alexandria Division, upon the filing of the Notice of Removal, a copy of which is attached hereto as Exhibit 1.

Dated: November 22, 2024                    Respectfully submitted,

 /s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for Defendants Direct Connect Logistix, Inc. and Matthew May*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd of November, I will electronically file and will serve a copy of the foregoing via electronic mail:

> Wayne G. Travell, Esq. (VSB No. 22400)
> Allison P. Klena, Esq. (VSB No. 96400)
> HIRSCHLER FLEISCHER, P.C.
> 1676 International Drive, Suite 1350
> Tysons, Virginia 22102-4940
> Tel: (703) 584.8900
> Fax: (703) 584.890 I
> wtravell@hirschlerlaw.com
> aklena@hirschlerlaw.com
> *Counsel for Plaintiff*

       /s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for Defendants*

2