IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SURGE TRANSPORTATION, INC. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-2099 |
| DIRECT CONNECT LOGISTIX, INC. | ) |
| and | ) |
| MATTHEW R. MAY | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Steven W. Ray of the law firm of IslerDare, P.C., who is a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendants Direct Connect Logistix, Inc. and Matthew R. May.

Dated: November 22, 2024

Respectfully submitted,

 /s/ Steven W. Ray
Steven W. Ray, Va. Bar No. 32320
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
sray@islerdare.com

*Counsel for Defendants Direct Connect Logistix, Inc. and Matthew May*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of November I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will also serve a copy of the foregoing via electronic mail:

>Wayne G. Travell, Esq. (VSB No. 22400)
>Allison P. Klena, Esq. (VSB No. 96400)
>HIRSCHLER FLEISCHER, P.C.
>1676 International Drive, Suite 1350
>Tysons, Virginia 22102-4940
>Tel: (703) 584.8900
>Fax: (703) 584.890 I
>wtravell@hirschlerlaw.com
>aklena@hirschlerlaw.com
>*Counsel for Plaintiff*

>  /s/ Steven W. Ray
>Steven W. Ray, Va. Bar No. 32320
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>sray@islerdare.com
>
>*Counsel for Defendants Direct Connect Logistix, Inc. and Matthew May*