IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Surge Transportation, Inc.

Plaintiff,

v.                                          Civil Action No. 1:24-cv-2099

Direct Connect Logistix, Inc.

Defendant.

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| Direct Connect Logistix, Inc. | Indiana |
|---|---|
| (Party/Intervenor) | (Citizenship) |

| Matthew R. May | New York |
|---|---|
| (Party/Intervenor) | (Citizenship) |

| | |
|---|---|
| (Party/Intervenor) | (Citizenship) |

11/22/2024

Date

[signature]

Signature of Attorney or Litigant
Counsel for Defendants