**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **SURGE TRANSPORTATION, INC.** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:24-cv-2099 |
| ) | |
| **DIRECT CONNECT LOGISTIX, INC.** ) | |
| ) | |
| and ) | |
| ) | |
| **MATTHEW R. MAY** ) | |
| ) | |
|     **Defendants.** ) | |

**ORDER**

UPON consideration of the parties' Joint Motion to Remand to State Court, it is hereby ORDERED that the motion is GRANTED; and the case is hereby REMANDED to the Fairfax County Circuit Court.

Dated: _____, 2024

_____
United States District Judge

1