# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| SURGE TRANSPORTATION, INC., | ) |
| *Plaintiff,* | ) |
| v. | ) 1:24-cv-02099-AJT-WEF |
| DIRECT CONNECT LOGISTIX, INC., *ET AL.* | ) |
| *Defendant.* | ) |

## ORDER

Before the Court is the Parties' Joint Motion to Remand to State Court, [Doc. No. 6] (the "Motion"). It is hereby

**ORDERED** that the Motion is **GRANTED**; and the case is hereby **REMANDED** to the Fairfax County Circuit Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

November 26, 2024
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge